IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

T.W. KING                                                                                                 PETITIONER

V.                                                                                          No. 4:03CV348-D-B

MICHAEL WILSON; et al.                                                                           RESPONDENTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated May 24, 2005, was on that date duly served by first class mail upon counsel for the Petitioner and by first class mail upon the attorney of record for the Respondents; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that**:**

1. The report and recommendation of the Magistrate Judge dated May 24, 2005, is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Petitioner's petition is DENIED, and this case is DISMISSED WITH PREJUDICE and CLOSED.

THIS, the 20th day of June 2005.

/s/ Glen H. Davidson
Chief Judge